**Order entered September 26, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00856-CV

### IN RE TIFFANY LENELLE STYLES, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-56271-2014**

### ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for

writ of mandamus. We also **DENY** the motion for emergency relief as moot.

/s/     ERIN A. NOWELL
JUSTICE